U.S. Department of Justice
United States Attorney

**SEALED**

FILED
2011 JUN 15 PM 2: 37

WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States District Court
Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | SA11CR0516 XR |
| | ) | CRIMINAL NO. |
| MEHRDAD FOOMANIE, (2), | ) | |
| a/k/a FRANK FOOMANIE, | ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

MEHRDAD FOOMANIE

ENTERED at San Antonio, Texas, this ___15___ day of ___June___, 2011.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that **Defendant MEHRDAD FOOMANIE** be detained without bond.

BENCHWAR.FRM