UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. SA 11 CR 516 (3) XR |
| MEHRDAD ANSARI | |

NOTICE OF APPEARANCE

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

    The United States of America hereby gives notice that Assistant United States Attorney William R. Harris will be serving as co-counsel to lead prosecutor Mark T. Roomberg in this case.

    Respectfully submitted,

    JOHN F. BASH
    United States Attorney

    _____/s/_____
    WILLIAM R. HARRIS
    Assistant United States Attorney
    Ohio State Bar No. 0017818
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216-5597
    (210) 384-7025
    (210) 384-7028 FAX
    Bill.Harris@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this Notice of Appearance will be served by the ECF/CM system on all counsel of record this 16th day of March 2020.

/s/
WILLIAM R. HARRIS
Assistant United States Attorney